IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 24 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

David Winfield III
Gwinnett County ID #99485195
As Added Petitioner (Plaintiff),

V.

Sheriff Butch Conway,
Col. Don Pinkard,
Major D. Hughes,

      Respondent (Defendant).

CIVIL ACTION NO.
1:15:CV-00123-AT-JCF
GARBER V. CONWAY

Federal Rules of Civil Procedure
Rule 20 (A)(1) (A-B)

## PERMISSIVE JOINDER OF PARTIES

(A) Persons who may join or be joined.
(1) Plaintiffs. Person may join in one action as plaintiffs if:
(A) They assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences;
(B) Any question of law or fact common to all plaintiffs will arise in the action.

I David Winfield III, have been incarcerated at Gwinnett County Detention Center since 03-24-2013. I have been subjected to denial of World News, the way they deny my mail, the post card policy, and sleep deprivation.

I declare under Penalty of Purgery on the 21st day of August 2015, that the foregoing above is true and correct.

David Winfield III #99485195
Gwinnett County Detention Center
2900 University Parkway
Lawrenceville, GA 30043